# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

JOHN R. MCCABE SR., and
RITA A. MCCABE,

    Plaintiffs,

v.

AEROJET ROCKETDYNE, INC., et al.,

    Defendants.
_____/

Case No: 0:22-cv-62148-AHS

## PNEUMO ABEX LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pneumo Abex LLC ("Abex") by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby files its Certificate of Interested Persons makes the following Disclosure Statement:

## CORPORATE DISCLOSURE STATEMENT

Pneumo Abex LLC is a Delaware limited liability company whose sole member is the Pneumo Abex Asbestos Claims Settlement Trust, which is a Delaware statutory trust, and is an IRS qualified settlement fund. For purposes of citizenship, the trustees of the Pneumo Abex Asbestos Claims Settlement Trust are residents of, and are domiciled in, Maryland, Pennsylvania, and Delaware. Pneumo Abex LLC is the beneficiary of the Pneumo Abex Asbestos Claims Settlement Trust. No individual, or entity, has any form of beneficial ownership interest in the Pneumo Abex Asbestos Claims Settlement Trust. The principal place of business for Pneumo Abex LLC is Spring, TX. The principal place of business for the Pneumo Abex Asbestos Claims Settlement Trust is Delaware.

Case No.: 0:22-cv-62148-AHS

## CERTIFICATE OF INTERESTED PARTIES

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

**A.   Parties**

1. Plaintiff, John R. McCabe, Sr.

2. Plaintiff, Rita A. McCabe

3. Defendant, Aerojet Rocketdyne, Inc.

4. Defendant, BASF Catalysts LLC

5. Defendant, The Boeing Company

6. Defendant, Curtiss-Wright Corporation

7. Defendant, Dexter Hysol Aerospace LLC

8. Defendant, The Dow Chemical Company

9. Defendant, Eaton Aeroquip, LLC

10. Defendant, Eaton Corporation

11. Defendant, Flint Hills Resources, LLC

12. Defendant, Flowserve US, Inc.

13. Defendant, General Cable Corporation

14. Defendant, Goodrich Corporation

15. Defendant, Goodyear Tire & Rubber Company

16. Defendant, H.B. Fuller Company

17. Defendant, Henkel Corporation

18. Defendant, HLI Solutions, Inc.

19. Defendant, Honeywell International, Inc.

20. Defendant, IMO Industries, Inc.

21. Defendant, International Business Machines Corporation

22. Defendant, Koch Industries, Inc.

23. Defendant, Meritor, Inc.

24. Defendant, Morton International LLC

25. Defendant, Northrop Grumman Corporation

26. Defendant, Parker-Hannifin Corporation

27. Defendant, Pfizer, Inc.

28. Defendant, Pneumo-Abex, LLC

29. Defendant, Redco Corporation

30. Defendant Rohr, Inc.

31. Defendant Schneider Electric USA, Inc.

32. Defendant Shell USA, Inc.

33. Defendant Specialty Cable Corp.

34. Defendant Tex-Cote LLC

35. Defendant Vanderbilt Minerals, LLC

36. Defendant Wyeth Holdings LLC

B.  **Law Firms and Attorneys**

1. Dawn M. Besserman, Esq., counsel for Plaintiffs John R. McCabe, Sr. and Rita A. McCabe.

2. Jennifer Green, Esq., counsel for Plaintiffs John R. McCabe, Sr. and Rita A. McCabe.

3. Amanda R. Cachaldora, counsel for Defendants Aerojet Rocketdyne, Inc., Goodrich Corporation, IMO Industries, Inc., Parker-Hannifin Corporation, Rohr, Inc., and Wyeth Holdings LLC.

4. Susan J. Cole, Esq., counsel for Defendants Aerojet Rocketdyne, Inc., Goodrich Corporation, IMO Industries, Inc., Parker-Hannifin Corporation, Rohr, Inc., Wyeth Holdings LLC.

5. Melanie Chung-Tims, Esq., counsel for Defendants Aerojet Rocketdyne, Inc., Goodrich Corporation, IMO Industries, Inc., Parker-Hannifin Corporation, Rohr, Inc., and Wyeth Holdings LLC.

6. Lucia V. Pazos, Esq., counsel for Defendant The Boeing Company.

7. Michael R. Holt, Esq., counsel for Defendant Curtiss-Wright Corporation and International Business Machines Corporation.

8. M. Stephen Smith, III, Esq., counsel for Defendant Curtiss-Wright Corporation and International Business Machines Corporation.

9. Troy Patrick Cunningham, Esq., counsel for Defendant Dexter Hysol Aerospace LLC.

10. Holly L. Weaver, Esq., counsel for Defendant The Dow Chemical Company.

11. Ryan S. Cobbs, Esq., counsel for Defendant The Dow Chemical Company.

12. Ashley Drumm, Esq., counsel for Defendant The Dow Chemical Company.

13. Peter J. Melaragno, Esq., counsel for Defendant Eaton Aeroquip LLC, Eaton Corporation, Goodyear Tire & Rubber Company, and Morton International LLC.

Case No.: 0:22-cv-62148-AHS

14. Todd C. Alley, Esq., counsel for Defendant Flint Hills Resources, LLC, HLI Solutions, Inc., Koch Industries, Inc.

15. Stuart L. Cohen, Esq., counsel for Defendant Flowserve US, Inc.

16. John Reddin, Esq., counsel for Defendant Flowserve US, Inc.

17. Eric R. Thompson, Esq., counsel for Defendant General Cable Corporation, and Meritor, Inc.

18. Ari C. Shapiro, Esq., counsel for Defendant General Cable Corporation, and Meritor, Inc.

19. Edward J. Briscoe, Esq., counsel for Defendant The Goodyear Tire & Rubber Company.

20. David A. Mercer, Esq., counsel for Defendant H.B. Fuller Company.

21. Timothy J. Ferguson, Esq., counsel for Defendant Honeywell International, Inc.

22. Eduardo J. Medina, Esq. – Counsel for Defendant Vanderbilt Minerals LLC.

23. Clarke S. Sturge, Esq. – Counsel for Defendants Honeywell International, Inc., f/k/ Honeywell, Inc., and Pneumo- Abex, LLC.

24. Henry Salas, Esq., counsel for Defendants Honeywell International, Inc., f/k/a Honeywell, Inc., and Pneumo-Abex, LLC.

25. Bernardo Pimentel, II, Esq., counsel for Defendants Honeywell International, Inc., f/k/a Honeywell, Inc., and Pneumo-Abex, LLC.

26. Tracy Edward Tomlin, Esq., counsel for Defendant Pfizer, Inc.

27. W. Scott Mason, Esq., counsel for Defendant Schneider Electric USA, Inc.

28. Caitlyn R. McCutcheon, Esq., counsel for Defendant Shell USA, Inc.

29. J. Trumon Phillips, Esq., counsel for Defendant Northrop Grumman Corporation.

**COLE, SCOTT & KISSANE, P.A.**
DADELAND CENTRE II - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33156 - (305) 350-5300 - (305) 373-2294 FAX

Case No.:  0:22-cv-62148-AHS

30. Counsel for Defendant BASF Catalysts LLC.

31. Counsel for Defendant Redco Corporation.

32. Counsel for Defendant Henkel Corporation.

33. Counsel for Defendant Specialty Cable Corp.

34. Counsel for Defendant Tex-Cote LLC.

The undersigned party understands that it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated the 1st day of December, 2022.

Respectfully Submitted,

By: */s/ Clarke Sturge*
Clarke S. Sturge, Esq.
FBN: 0584541
Clarke.Sturge@csklegal.com
COLE, SCOTT & KISSANE, P. A.
Dadeland Centre II, 14th Floor
9150 So. Dadeland Boulevard
Miami, Florida 33156
Tel:   (305) 350-5300
Fax:   (305) 373-2294

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of December, 2022, the foregoing document was filed using the Court's CM/ECF Electronic Filing System which will send notification of such filing to all parties of record.

By: */s/ Clarke Sturge*_____
CLARKE STURGE, ESQ.
FBN: 0584541