UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| MICHELLE M. SIMS, as Personal Representative of the Estate of John R. McCabe, Sr., <br><br> Plaintiff, <br> v. <br><br> AEROJET ROCKETDYNE, et al., <br><br> Defendants. | CASE NO. 0:22-cv-62148-AHS |

**STIPULATION OF DISMISSAL AS TO NORTHROP GRUMMAN CORPORATION**

Plaintiff, MICHELLE M. SIMS, as Personal Representative of the Estate of JOHN R. MCCABE, SR., by and through her undersigned counsel, and Defendant NORTHROP GRUMMAN CORPORATION, by and through its undersigned counsel, hereby file this Stipulation of Dismissal, without prejudice, as to NORTHROP GRUMMAN CORPORATION only, pursuant to F.R.C.P. 41(a)(1)(A)(ii). Accordingly, this matter may be dismissed as to this Defendant without prejudice and without an Order of the Court. The parties shall bear their own fees and costs.

Dated: May 4, 2023

| | |
|---|---|
| */s/ Jennifer Green* | */s/ Peter J. Melaragno* |
| Jennifer Green | Peter J. Melaragno |
| Florida Bar No. 1036184 | Florida Bar No. 174432 |
| E-Mail: jgreen@mrhfmlaw.com | E-Mail: pmelaragno@fowler-white.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | FOWLER WHITE BURNETT, P.A. |
| 777 S. Harbour Island Dr., Suite 310 | 1395 Brickell Avenue |
| Tampa, FL 33602 | 14th Floor |
| Telephone: (314) 241-2003 | Miami, FL 33131 |
| Facsimile: (314) 241-4838 | Telephone: (305) 789-9200 |
| | Facsimile: (305) 789-9201 |
| *Counsel for Plaintiff* | *Counsel for Northrop Grumman Corporation* |

CASE NO. 0:22-cv-62148-AHS

| | |
|---|---|
| */s/ Peter J. Melaragno*<br>Peter J. Melaragno<br>Fla. Bar No. 174432<br>E-Mail: pmelaragno@fowler-white.com<br>FOWLER WHITE BURNETT, P.A.<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br>*Counsel for Defendants Eaton Corporation, Eaton Aeroquip LLC and Morton International, LLC* | */s/ Lucia V. Pazos*<br>Lucia V. Pazos<br>Florida Bar No. 26764<br>Email: lpazos@mgmlaw.com<br>MANNING GROSS + MASSENBURG LLP<br>701 Brickell Avenue, Suite 2000<br>Miami, FL 33131<br>Telephone: (305) 537-3410<br>Facsimile: (305) 537-3411<br>*Counsel for Defendant The Boeing Company* |
| */s/ Edward J. Briscoe*<br>Edward J. Briscoe<br>Fla. Bar No. 109691<br>Peter J. Melaragno<br>Fla. Bar No. 174432<br>E-Mail: pmelaragno@fowler-white.com<br>FOWLER WHITE BURNETT, P.A.<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br>*Counsel for Defendants The Goodyear Tire & Rubber Company and Imo Industries Inc.* | */s/ Julian Jackson-Fannin*<br>Julian A. Jackson-Fannin<br>Florida Bar No. 93220<br>Email: jjfannin@duanemorris.com<br>DUANE MORRIS LLP<br>201 S. Biscayne Boulevard<br>Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 960-2553<br>*Counsel for Defendant BASF Corporation* |
| */s/ M. Stephen Smith*<br>M. Stephen Smith<br>Florida Bar Number 0202541<br>E-mail: ssmith@rumberger.com<br>Michael R. Holt<br>Florida Bar Number 0483450<br>E-mail: mholt@rumberger.com<br>RUMBERGER, KIRK & CALDWELL, P.A.<br>80 S.W. 8th Street<br>Miami, FL 33130-3037<br>Telephone: (305) 358-5577<br>Facsimile: (305) 371-7580<br>*Counsel for Defendants Curtiss-Wright Corporation and International Business Machines Corporation* | */s/ Ashley C. Drumm*<br>Ryan S. Cobbs<br>Florida Bar Number 912611<br>E-Mail: rcobbs@carltonfields.com<br>Ashley C. Drumm<br>Florida Bar Number 85845<br>E-Mail: adrumm@carltonfields.com<br>CARLTON FIELDS, P.A.<br>525 Okeechobee Boulevard, Suite 1200<br>West Palm Beach, FL 33401<br>Telephone: (561) 659-7070<br>Facsimile: (561) 659-7368<br>-and-<br>Holly L. Weaver<br>Florida Bar Number 1025214)<br>E-Mail: hweaver@carltonfields.com<br>700 NW 1st Avenue, Suite 1200<br>Miami FL 33136<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br>*Counsel for Defendant The Dow Chemical Company* |

CASE NO. 0:22-cv-62148-AHS

| | |
|---|---|
| /s/ Troy P. Cunningham<br>Troy P. Cunningham<br>Florida Bar No. 1020694<br>E-Mail: troy.cunningham@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>2 Alhambra Plaza, Suite 1110<br>Coral Gables, FL 33134<br>Telephone: (786) 353-0210<br>*Counsel for Defendants Dexter Hysol Aerospace LLC, Henkel Corporation and Honeywell, Inc.* | /s/ Caitlyn R. McCutcheon<br>David Weese Marston Jr.<br>Florida Bar No. 111636<br>Caitlyn R. McCutcheon<br>Florida Bar No. 0113348<br>E-mail: caitlyn.mccutcheon@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS, LLP<br>600 Brickell Avenue, Suite 1600<br>Miami, FL 33131<br>Telephone: (305) 415-3337<br>Facsimile: (305) 415-3001<br>*Counsel for Defendant Shell USA, Inc* |
| /s/ Todd C. Alley<br>Todd C. Alley<br>Florida Bar No. 0108536<br>Email: talley@hpylaw.com<br>HAWKINS PARNELL & YOUNG, LLP<br>303 Peachtree Street, N.E., Suite 4000<br>Atlanta, GA 30308<br>Telephone: (404) 614-7400<br>*Counsel for Defendants Flint Hills Resources, LLC, HLI Solutions, Inc., f/k/a Hubbell Lighting, Inc. and Koch Industries, Inc.* | /s/ W Mason<br>W Mason<br>Florida Bar No. 66229<br>E-Mail: WMason@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Telephone: (561) 804-4432<br>*Counsel for Defendant Schneider Electric USA, Inc. f/k/a Square D Company* |
| /s/ Eric R. Thompson<br>Ari Shapiro<br>Florida Bar No. 0183253<br>E-Mail: ashapiro@grsm.com<br>Daniel A. Garcia<br>Florida Bar No. 0194130<br>E-Mail: daniel.garcia@grsm.com<br>Eric R. Thompson<br>Florida Bar No. 0888931<br>E-Mail: ethompson@grsm.com<br>GORDON REES SCULLY MANSUKHANI<br>100 SE Second Street, Suite 3900<br>Miami, FL 33131<br>Telephone: (305) 928-5312<br>Facsimile: (877) 634-7245<br>*Counsel for Defendants General Cable Corporation and ArvinMeritor, Inc.* | /s/ John C. Reddin<br>Stuart L. Cohen<br>scohen@insurancedefense.net<br>Florida Bar Number 0927066<br>John C. Reddin<br>jreddin@insurancedefense.net<br>Florida Bar Number 1025086<br>LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND<br>150 W. Flagler Street<br>Suite 2600<br>Miami, FL 33130<br>Telephone: (305) 377-8900<br>Facsimile: (305) 377-8901<br>*Counsel for Defendants Flowserve US, Inc., Rohr, Inc. and Goodrich Corporation* |
| /s/ David A. Mercer<br>David A. Mercer<br>Florida Bar No. 156035<br>Email: dmercer@butler.legal<br>BUTLER, WEIHMULLER, KATZ & CRAIG LLP | s/ Amanda Cachaldora<br>Susan J. Cole<br>Florida Bar Number 270474<br>E-Mail: scole@mgmlaw.com<br>Melanie Chung-Tims<br>Florida Bar Number 27603 |

| | |
|---|---|
| 400 N. Ashley Drive<br>Suite 2300<br>Tampa, FL 33602<br>Telephone: (813) 281-1900<br>Facsimile: (813) 0900<br>*Counsel for Defendant H.B. Fuller Company* | E-Mail: mchungtims@mgmlaw.com<br>Amanda Cachaldora<br>Florida Bar Number 060907<br>E-Mail: acachaldora@mgmlaw.com<br>MANNING GROSS + MASSENBURG LLP<br>701 Brickell Avenue, Suite 2000<br>Miami, FL 33131<br>Telephone: (305) 537-3410<br>Facsimile: (305) 537-3411<br>*Counsel for Defendants Aerojet Rocketdyne, Inc., Parker-Hannifin Corporation and Wyeth Holdings LLC* |
| */s/ Timothy J. Ferguson*<br>Timothy J. Ferguson<br>Florida Bar Number 166642<br>E-Mail: tferguson@foleymansfield.com<br>FOLEY MANSFIELD<br>4770 Biscayne Boulevard<br>Suite 1000<br>Miami, FL 33137<br>Telephone: (305) 438-9899<br>Facsimile: (305) 438-9819<br>*Counsel for Defendant Honeywell International Inc.* | */s/ Clarke S. Sturge*<br>Clarke S. Sturge<br>Florida Bar Number 584541<br>Email: clarke.sturge@csklegal.com<br>Henry Salas<br>Florida Bar Number 0815268<br>Email: henry.salas@csklegal.com<br>COLE SCOTT & KISSANE, P.A.<br>9150 S. Dadeland Blvd., Suite 1400<br>Miami, FL 33156<br>Telephone: (305) 350-5300<br>Facsimile: (305) 373-2294<br>*Counsel for Defendant Pneumo Abex LLC* |
| */s/ Eduardo J. Medina*<br>Eduardo J. Medina<br>Florida Bar Number 56344<br>E-Mail: emedina@foleymansfield.com<br>FOLEY MANSFIELD<br>4770 Biscayne Boulevard, Suite 1000<br>Miami, FL 33137<br>Telephone: (305) 438-9899<br>Facsimile: (305) 438-9819<br>*Counsel for Defendant Vanderbilt Minerals, LLC* | */s/ Tracy E. Tomlin*<br>Tracy E. Tomlin<br>Florida Bar Number 473685<br>E-Mail: tracy.tomlin@nelsonmullins.com<br>NELSON MULLINS RILEY & SCARBROUGH LLP<br>301 South College Street, 23rd Floor<br>Charlotte, NC 28202<br>Telephone: (704) 417-3101<br>Facsimile: (704) 417-3227<br>*Counsel for Defendant Pfizer Inc.* |
| */s/ Rasheem M. Johnson*<br>Rasheem M. Johnson<br>Florida Bar No. 1011350<br>E-Mail: rasheem.johnson@klgates.com<br>200 S. Biscayne Boulevard, Suite 3900<br>Miami, FL 33131<br>Telephone: (305) 539-3300<br>Facsimile: (305) 358-7095<br>*Counsel for Defendant Redco Corporation* | |

CASE NO. 0:22-cv-62148-AHS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter J. Melaragno*
Peter J. Melaragno