UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62148-CIV-DIMITROULEAS

MICHELLE M. SIMS, as Personal
Representative of the Estate of John
R. McCabe, Sr.,

    Plaintiff,

vs.

AEROJET ROCKETDYNE, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL OF DEFENDANT NORTHROP GRUMMAN CORPORATION

THIS CAUSE is before the Court upon the Stipulation of Dismissal as to Northrop Grumman Corporation (the "Stipulation") [DE 204], filed herein on May 4, 2023. The Court has carefully reviewed the Stipulation [DE 204] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 204] is **APPROVED**;

2. Plaintiff's claims against Defendant Northrop Grumman Corporation are **DISMISSED WITHOUT PREJUDICE**; and

3. Defendant's Northrop Grumman Corporation's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction [DE 201] is **DENIED AS MOOT**;

4. This case remains open and pending as to the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 5th day of May, 2023.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record