UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 22-cv-62148-WPD**

MICHELLE M. SIMS, as Personal Representative of the
Estate of JOHN R. MCCABE, SR., deceased,

    Plaintiff,

v.

AEROJET ROCKETDYNE, INC., *et al.*,

    Defendants.
_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO THE BOEING COMPANY ONLY SIGNED BY ALL PARTIES**

Plaintiff, MICHELLE M. SIMS, Personal Representative of the Estate of JOHN R. MCCABE, SR., and Defendant, THE BOEING COMPANY ("BOEING")[1], by and through their undersigned counsel, hereby file this Stipulation for Final Order of Dismissal as to BOEING *only* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter may be dismissed as to BOEING without prejudice and without an Order of the Court. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted on this 22nd day of December, 2023.

| */s/ Jennifer Green* | */s/ Lucia V. Pazos* |
|---|---|
| Jennifer B. Green | Lucia V. Pazos |
| Florida Bar No. 1036184 | Florida Bar No. 26764 |
| Email: jgreen@mrhfmlaw.com | Email: lpazos@mgmlaw.com |
| Sarah A. Speicher | **Manning Gross + Massenburg LLP** |
| Florida Bar No. 1018963 | 701 Brickell Avenue, Suite 2000 |

---

[1] Named in the Amended Complaint as both "The Boeing Company, f/k/a McDonnell Douglas Corporation" and "The Boeing Company, Individually and as successor-in-interest to Rockwell-Standard, l/k/a North American Rockwell, f/n/a Rockwell International, as successor-by-merger to General Motors Corporation and its aviation division Rocketdyne, as successor-in-interest to North American Aviation."

| | |
|---|---|
| Email: sspeicher@mrhfmlaw.com<br>**Maune Raichle Hartley French & Mudd**<br>777 S. Harbour Island Drive, Suite 310<br>Tampa, Florida 33602<br>Tel:    (314) 241-2003<br>Fax:   (314) 241-4838<br><br>*Counsel for Plaintiff* | Miami, Florida 33131<br>Tel: (305) 537-410<br>Fax: (305) 537-3411<br><br>*Counsel for The Boeing Company* |
| **Manning Gross + Massenburg LLP**<br><br>*/s/ Amanda Cachaldora*<br>AMANDA CACHALDORA<br>Florida Bar No. 060907<br>Email: acachaldora@mgmlaw.com<br>701 Brickell Avenue, Suite 2000<br>Miami, Florida 33131<br>Tel:    (305) 537-3410<br>Fax:   (305) 537-3411<br><br>*Attorney for Ametek, Inc.* | **DUANE MORRIS LLP**<br><br>*/s/ Julian Jackson-Fannin*<br>Julian A. Jackson-Fannin<br>Florida Bar No. 93220<br>Email: jjfannin@duanemorris.com<br>201 S. Biscayne Boulevard, Suite 3400<br>Miami, FL 33131-4325<br>Telephone: (305) 960-2553<br><br>*Counsel for Defendants BASF Corporation* |
| */s/ Peter J. Melaragno*<br>Edward J. Briscoe<br>Fla. Bar No. 109691<br>Peter J. Melaragno<br>Fla. Bar No. 174432<br>E-Mail: pmelaragno@fowler-white.com<br>FOWLER WHITE BURNETT, P.A.<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br><br>*Counsel for The Goodyear Tire & Rubber Company and IMO Industries, Inc.* | */s/ Eric R. Thompson*<br>Ari Shapiro, Esq.<br>Florida Bar No. 0183253<br>Daniel A. Garcia, Esq.<br>Florida Bar No. 0194130<br>Eric R. Thompson, Esq.<br>Florida Bar No. 0888931<br>**Gordon Rees Scully Mansukhani**<br>100 SE Second Street, Suite 3900<br>Miami, FL 33131<br>Phone: (305) 928-5312<br>Fax: (877) 634-7245<br>ashapiro@grsm.com<br>daniel.garcia@grsm.com<br>ethompson@grsm.com<br><br>*Counsel for Meritor, Inc.* |
| **FOLEY MANSFIELD**<br>4770 Biscayne Boulevard, Suite 1000<br>Miami, Florida 33137<br>Telephone: (305) 438-9899<br>Facsimile: (305) 438-9819 | **FOLEY MANSFIELD**<br>4770 Biscayne Boulevard, Suite 1000<br>Miami, Florida 33137<br>Telephone: (305) 438-9899<br>Facsimile: (305) 438-9819 |

| | |
|---|---|
| */s/ Timothy J. Ferguson*<br>TIMOTHY J. FERGUSON<br>Florida Bar Number: 166642<br>tferguson@foleymansfield.com<br><br>*Counsel for Honeywell International Inc.* | */s/ Eduardo J. Medina*<br>EDUARDO J. MEDINA<br>Florida Bar Number: 56344<br>emedina@foleymansfield.com<br><br>*Counsel for Vanderbilt Minerals, LLC* |
| */s/ John C. Reddin*<br>Stuart L. Cohen<br>scohen@insurancedefense.net<br>Bar Number 0927066<br>John C. Reddin<br>jreddin@insurancedefense.net<br>Bar Number 1025086<br>LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND<br>150 W. Flagler Street, Suite 2600<br>Miami, Florida 33130<br>(305) 377-8900 (Telephone)<br>(305) 377-8901 (Facsimile)<br><br>*Counsel for Defendant Goodrich Corporation* | */s/ M. Stephen Smith*<br>M. STEPHEN SMITH<br>Florida Bar No. 0202541<br>E-mail: ssmith@rumberger.com<br>ssmithsecy@rumberger.com<br>docketingmiami@rumberger.com<br>MICHAEL R. HOLT<br>Florida Bar No. 0483450<br>E-mail: mholt@rumberger.com<br>mholtsecy@rumberger.com<br>**Rumberger, Kirk & Caldwell, P.A.**<br>80 S.W. 8th Street<br>Miami, Florida  33130-3037<br>Telephone:  (305) 358-5577<br>Telecopier:  (305) 371-7580<br><br>*Counsel for Curtiss-Wright Corporation* |
| NELSON MULLINS RILEY & SCARBROUGH LLP<br><br>*By: /s/ Tracy E. Tomlin*<br>Tracy E. Tomlin, FBN:  473685<br>301 South College Street, 23rd Floor<br>Charlotte, NC  28202<br>(704) 417-3101  Direct Dial<br>(704) 417-3227  Dedicated Facsimile<br>tracy.tomlin@nelsonmullins.com<br><br>*Counsel for Pfizer Inc.* | **/s/** *David A. Mercer*<br>David A. Mercer<br>Florida Bar No. 156035<br>BUTLER, WEIHMULLER KATZ CRAIG LLP<br>400 N. Ashely Drive, Suite 2300<br>Tampa, FL 33602<br>Telephone: (813)281-1900<br>dmercer@butler.legal<br><br>*Counsel for H.B. Fuller Company* |
| */s/ Cameron A. Baker*<br>W. Mason<br>Florida Bar No. 66229<br>Cameron A. Baker<br>Florida Bar No. 0125825<br>FOX ROTHSCHILD LLP<br>777 Flagler Drive, Suite 1700<br>West Tower- Phillips Point | */s/ Caitlyn R. McCutcheon*<br>David Weese Marston Jr.<br>Florida Bar No. 111636<br>Caitlyn R. McCutcheon<br>Florida Bar No. 0113348<br>**Morgan, Lewis & Bockius, LLP**<br>600 Brickell Avenue, Suite 1600<br>Miami, Florida 33131 |

3

| | |
|---|---|
| West Palm Beach, FL 33401<br>wmason@foxrothschild.com<br>cbaker@foxrothschild.com<br>cdixon@foxrothschild.com<br><br>*Counsel for Schneider Electric USA Inc.* | Telephone: 305.415.3337<br>Facsimile: 305.415.3001<br>E-mail:<br>caitlyn.mccutcheon@morganlewis.com<br><br>*Counsel for Defendant Shell USA, Inc.* |
| */s/ Troy P. Cunningham*<br>Troy P. Cunningham<br>Florida Bar No. 1020694<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>The Alhambra- Suite 1110<br>2 Alhambra Plaza<br>Coral Gables, FL 33134<br>Telephone: (786)353-0210<br>Troy.cunningham@lewisbrisbois.com<br><br>Kari H. Halbrook<br>*Admitted pro hac vice*<br>50 E. 91st Street, Suite 104<br>Indianapolis, IN 46240<br>Telephone: (317) 324-4754<br>Kari.halbrook@lewisbrisbois.com<br><br>*Counsel for Dexter Hysol Aerospace, LLC, Henkel Corporation, Honeywell Inc. (incorrectly named as Honeywell International Inc., f/k/a Honeywell Inc.) and Honeywell International, Inc.* | */s/ Peter J. Melaragno*<br>Peter J. Melaragno<br>Fla. Bar No. 174432<br>E-Mail: pmelaragno@fowler-white.com<br>FOWLER WHITE BURNETT, P.A.<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br><br>*Counsel for Eaton Corporation and Morton International, LLC* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will generate Notices of Electronic Filing to All Counsel of Record.

*/s/ Lucia V. Pazos*
LUCIA V. PAZOS
Florida Bar No. 26764
Email: lpazos@mgmlaw.com